No. 904. GWIN v. JUNG ET AL. May 31, 1932. Petition for writ of certiorari to the Supreme Court of Louisi-

562

ana denied. *Mr. Purnell M. Milner* for petitioner. Mr. *Peter Jung, Sr.*, for respondents.